Copyrights-In-Suit for IP Address 73.172.18.87

**ISP:** Comcast Cable Communications Management, LLC
**Location:** Arlington, VA

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Still Mine | PA0001925346 | 12/04/2014 | 12/10/2014 | 09/15/2015 |
| Maddy Me Crazy | PA0001949367 | 06/28/2015 | 07/01/2015 | 09/13/2015 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 09/11/2015 |
| Sexy En Noir | PA0001909783 | 08/22/2014 | 08/26/2014 | 09/11/2015 |
| Dripping Pleasures | PA0001941285 | 04/24/2015 | 04/27/2015 | 09/11/2015 |
| Supermodel Sex | PENDING | 09/02/2015 | 09/07/2015 | 09/11/2015 |
| Tie Her Up For Me | PA0001906551 | 07/03/2014 | 07/14/2014 | 09/11/2015 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 09/11/2015 |
| Keep Cumming Kylie | PENDING | 08/25/2015 | 08/31/2015 | 09/11/2015 |
| Give Me More Part 2 | PA0001905479 | 06/29/2014 | 07/02/2014 | 09/11/2015 |
| Among The Wildflowers | PA0001954794 | 07/31/2015 | 08/03/2015 | 09/11/2015 |
| Seize The Moment | PA0001949371 | 06/20/2015 | 07/01/2015 | 09/11/2015 |
| Spanish Heat | PA0001917709 | 10/13/2014 | 10/19/2014 | 09/11/2015 |
| I Want You To Want Me | PA0001925335 | 12/06/2014 | 12/10/2014 | 09/11/2015 |
| Sweet Awakening | PA0001907077 | 07/09/2014 | 07/27/2014 | 09/11/2015 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 09/11/2015 |
| Yoga Master and Student | PA0001822651 | 01/18/2013 | 01/27/2013 | 09/11/2015 |
| Infinite Luvv | PA0001958606 | 08/12/2015 | 08/18/2015 | 09/11/2015 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 09/11/2015 |
| Tease Me Please Me | PA0001926095 | 12/20/2014 | 12/29/2014 | 09/11/2015 |
| Cum Worthy | PA0001936474 | 03/13/2015 | 03/23/2015 | 09/11/2015 |

EXHIBIT B

EVA307

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 09/11/2015 |
| Spread Wide Open | PA0001932115 | 02/11/2015 | 02/17/2015 | 09/11/2015 |
| Above The Air | PA0001944200 | 05/21/2015 | 05/26/2015 | 09/11/2015 |
| Every Mans Sexy Camping Trip | PENDING | 08/28/2015 | 09/07/2015 | 09/11/2015 |
| Shes A Spinner | PA0001914521 | 09/03/2014 | 09/17/2014 | 09/11/2015 |
| Competition | PA0001932116 | 02/07/2015 | 02/17/2015 | 06/17/2015 |

Total Malibu Media, LLC Copyrights Infringed: 27

EVA307

EXHIBIT B